IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                                4:11-CR-00209-27-JM

ANDRE RODDY

## ORDER

Defendant's Motion to Appoint Counsel and Reduce Sentence (Doc. No. 1154) is DENIED.

Guideline Amendment 821 does not change Defendant's criminal history category. His criminal history category of VI is based on his status as a career offender. Even if Defendant was not a career offender, his criminal history score would go from 16 to 15, but his criminal history category and guideline range would remain the same.[1]

As to the compassionate release claim, appointment of counsel is denied because there is no right to appointed counsel in sentence modification proceedings.[2]

IT IS SO ORDERED this 31st day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] See U.S.S.G 1.10 (a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").

[2] *United States v. Harris*, 568 F.3d 666, 669 (8th Cir. 2009) (per curiam).